935 A.2d 1274

CITY OF PHILADELPHIA, Appellee,

v.

AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 33, LOCAL 1637, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 15, 2007.

Decided Nov. 8, 2007.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is hereby VACAT-ED. The Commonwealth Court is hereby ordered to remand the matter to the Court of Common Pleas of Philadelphia County, to remand the matter to Arbitrator Elliott Newman, consistent with his award retaining jurisdiction in the matter, for further proceedings to address unresolved remedial issues and to determine and calculate damages.

Jurisdiction relinquished.